**Mario E. ROJAS, Plaintiff–Appellant,**

v.

**David GARRAGHTY, Warden of Greensville Correctional Center; Ronald J. Angelone, Director of Virginia Department of Corrections, Defendants–Appellees.**

**No. 01–6008.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

Mario E. Rojas, pro se. Christopher Garrett Hill, Office of the Attorney General of Virginia, Richmond, VA, for appellees.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Mario E. Rojas appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Rojas v. Garraghty,* No. CA–99–867–R (E.D.Va. Nov. 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*